UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | **Case No. CV 13-1809 SI** |
| Plaintiff, ) | |
| ) | **AMENDED [PROPOSED] DEFAULT** |
| v. ) | **JUDGMENT** |
| ) | |
| APPROXIMATELY $149,216.00 IN ) | |
| UNITED STATES CURRENCY; AND ) | |
| $31,220.00 IN UNITED STATES ) | |
| CURRENCY, ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

**UPON CONSIDERATION** of the unopposed motion of the United States for a default judgment and the entire record, and based on the findings that (1) the United States provided proper notice by serving parties known to have an interest and by publication as required by Rule 6-1, Local Admiralty Rules, (2) the time for filing a claim and answer has expired and (3) no one has appeared to defend by filing a timely claim and answer, it is by the Court on this 26th day of July, 2013,

ORDERED, ADJUDGED AND DECREED that a default judgment be, and hereby is, entered as to Richard Seib Lee, SK Seymour, LLC and Oaksterdam University, for the United States against APPROXIMATELY $149,216.00 IN UNITED STATES CURRENCY; AND $31,220.00 IN UNITED STATES CURRENCY.

_____
HONORABLE SUSAN ILLSTON
United States District Judge